1  SHOOK, HARDY & BACON L.L.P.
   Matthew J. Vanis, SBN 210706
2  mvanis@shb.com
   Melina Manetti, SBN 318350
3  mmanetti@shb.com
   555 Mission Street, Suite 2300
4  San Francisco, CA 94105
   Tel: 415.544.1900 | Fax: 415-391-0281
5

6  Attorneys for Plaintiff
   JONES LANG LASALLE AMERICAS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JONES LANG LASALLE AMERICAS, INC., | Case No. 3:23-cv-00791-CRB
   | a Maryland Corporation,            |
13 |                                    | Assigned to: Hon. Charles R. Breyer
                  Plaintiff,
14                                      | **PLAINTIFF JONES LANG LASALLE
         v.                             | AMERICAS, INC.'S NOTICE OF MOTION
15                                      | AND MOTION TO DISMISS DEFENDANT
   ARCHER AVIATION, INC.; and DOES 1    | ARCHER AVIATION'S COUNTERCLAIM
16 through 10, inclusive,                | AND MOTION TO STRIKE**
17                                      |
                  Defendant.            | Date: June 16, 2023
18                                      | Time: 10:00 A.M.
                                        | Courtroom: 6
19

20                                      | [Filed concurrently with Memorandum of Points
                                        | & Authorities; [Proposed] Order]
21

22

23

24

25

26

27

28

## NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM AND MOTION TO STRIKE

PLEASE TAKE NOTICE that on June 16, 2023 at 10:00am , or as soon thereafter as the motion may be heard in Courtroom 6 of the San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, CA 94102, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), Plaintiff Jones Lang LaSalle Americas, Inc. (JLL) will and hereby does move to dismiss and/or strike Defendant Archer Aviation, Inc.'s Counterclaim for Declaratory Relief and Affirmative Defenses (*see* Dkt. No. 24, Archer's Answer and Counterclaim; *see also* Archer's Answer and Counterclaim filed Under Seal.).

This motion is made pursuant to Federal Rules of Civil Procedure, Rules 12(f), 12(b)(6), and 8(c)(2). This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings and evidence on file in this matter, oral argument of counsel, and any other materials or argument presented in connection with the hearing of the motion.

Dated: April 18, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Matthew J. Vanis*
    MATTHEW J. VANIS
    MELINA MANETTI

Attorneys for Plaintiff
JONES LANG LASALLE
AMERICAS, LLC