LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
GREGORY P. ADAMS (CSB No. 292391)
gadams@fenwick.com
SOFIA RITALA (CSB No. 342253)
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant
ARCHER AVIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCHER AVIATION, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00791-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION OF BRIEFING DEADLINES**<br><br>Judge:  Honorable Charles R. Breyer |

Pursuant to Local Rule 6-2, Plaintiff Jones Lang LaSalle Americas, Inc. ("JLL") and Defendant Archer Aviation, Inc. ("Archer") by and through their respective counsel, stipulate as follows:

WHEREAS, on April 18, 2023, JLL filed its Notice of Motion and Motion to Dismiss Archer's Counterclaim and Motion to Strike ("Motion to Dismiss"), noticed for a hearing on June 16, 2023, at 10:00 a.m.;

WHEREAS, on April 19, 2023, the Court vacated the June 16, 2023, hearing date for JLL's Motion to Dismiss and rescheduled the hearing date for July 7, 2023, at 10:00 a.m.;

1  WHEREAS, in consideration of the updated hearing date of JLL's Motion to Dismiss, Archer and JLL have stipulated and respectfully request to extend the briefing deadlines as follows: the deadline for Archer to file an opposition brief will be moved from May 2, 2023, to June 1, 2023, and the deadline for JLL to file a reply brief will be moved from May 9, 2023, to June 22, 2023;

WHEREAS, the requested extension is for effective preparation of counsel for the above pending matter;

WHEREAS, the parties believe no other deadlines will be impacted by the stipulated modification to the briefing schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties as follows:

1. Archer's deadline to file its opposition to the Motion to Dismiss shall be extended up to and until June 1, 2023; and

2. JLL's deadline to file its reply brief in support of the Motion to Dismiss shall be extended up to and until June 22, 2023.

Dated: April 26, 2023        FENWICK & WEST LLP

By: /s/ Todd R. Gregorian
    Todd R. Gregorian

    Attorneys for Defendant
    Archer Aviation, Inc.

Dated: April 26, 2023        SHOOK, HARDY & BACON L.L.P.

By: /s/ Matthew J. Vanis
    Matthew J. Vanis

    Attorneys for Plaintiff
    Jones Lang LaSalle Americas, Inc.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I attest that all signatories concur in the filing of this document.

Dated:   April 26, 2023        By :  */s/ Todd R. Gregorian*
                                     Todd R. Gregorian

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:   April 27, 2023

The Honorable Charles R. Breyer
United States District Court Judge