1
2
3　　　　　　　　　　　　UNITED STATES DISTRICT COURT
4　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
5　　　　　　　　　　　　　　SAN FRANCISCO COURTHOUSE
6
7
8　JONES LANG LASALLE AMERICAS, INC.,　　　Case No. 3:23-cv-00791-CRB
　　a Maryland Corporation,
9　　　　　　　　　　　　　　　　　　　　　　Assigned to the Honorable Charles R. Breyer
　　　　　　　　Plaintiff,
10　　　　　　　　　　　　　　　　　　　　　**[**~~PROPOSED~~**] ORDER RE: JLL'S**
　　　　　　　v.　　　　　　　　　　　　　　**ADMINISTRATIVE MOTION TO SEAL**
11
　　ARCHER AVIATION, INC.; and DOES 1
12　through 10, inclusive,
13
　　　　　　　　Defendants.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

　　　　　　　　　　　　[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL
　　　　　　　　　　　　　　　　　　　　　CASE NO. 3:23-CV-00791-CRB

**~~PROPOSED~~ ORDER**

Before the Court is Plaintiff JLL's Administrative Motion to File Under Seal ("Administrative Motion"). JLL's Administrative Motion concerns the following material, which cites and/or quotes portions of the parties' confidential MOU, also filed under seal:

| Document | Portion Filed Under Seal | Designating Party |
|---|---|---|
| JLL's Answer to Archer's Counterclaim | Portions of Pages 4, 5, and 7, as marked | JLL |

Accordingly, JLL's Administrative Motion is GRANTED, and the Clerk of the Court is directed to accept the under seal filing of JLL's Answer to Archer's Counterclaim.

**IT IS SO ORDERED.**

DATED: July 25, 2023

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE