1  SHOOK, HARDY & BACON L.L.P.
   Matthew J. Vanis, SBN 210706
2  mvanis@shb.com
   Melina Manetti, SBN 318350
3  mmanetti@shb.com
   555 Mission Street, Suite 2300
4  San Francisco, CA 94105
   Tel: 415.544.1900 | Fax: 415-391-0281
5

6  Attorneys for Plaintiff
   JONES LANG LASALLE AMERICAS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO COURTHOUSE

11

| JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation, | Case No. 3:23-cv-00791-CRB |
|---|---|
| Plaintiff, | Assigned to the Honorable Charles R. Breyer |
| v. | **PARTIES' JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL** |
| ARCHER AVIATION, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff and Cross-Defendant Jones Lang LaSalle Americas, Inc. ("JLL") and Defendant and Cross-Claimant Archer Aviation, Inc. ("Archer"), by and through their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), this action be dismissed with prejudice as to all claims, causes of action and parties. The parties respectfully request that the Court dismiss this case in its entirety as a result of the dismissal. Each party is to bear its own costs and attorney fees.

IT IS FURTHER STIPULATED THAT pursuant to the parties' settlement agreement and as provided by Section 664.6 of the California Code of Civil Procedure and other applicable state and federal law, that the Court shall retain jurisdiction solely to enforce the terms of the settlement agreement for a period of three years, through January 1, 2027, because the settlement agreement requires conduct to be completed during that period.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: December 15, 2023            SHOOK, HARDY & BACON L.L.P.

By: _____

   MATTHEW J. VANIS
   MELINA MANETTI

   Attorneys for Plaintiff and Cross-Defendant
   JONES LANG LASALLE AMERICAS, INC.

Dated: December 15, 2023            FENWICK & WEST LLP

By:  /s/ Todd R. Gregorian_____
   LAURENCE F. PULGRAM
   TODD R. GREGORIAN
   GREGORY P. ADAMS
   SOFIA RITALA

   Attorneys for Defendant and Cross-Claimant
   ARCHER AVIATION, INC.

**ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

_____
MELINA MANETTI

**[Proposed]**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Rules 41(a) and (c) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. As a condition of dismissal, and as provided by Section 664.6 of the California Code of Civil Procedure and other applicable state and federal law, the Court shall retain jurisdiction to supervise and enforce the terms of the settlement.

Dated: March 8, 2024

_____
The Honorable Charles R. Breyer
United States District Judge